NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIPCO, LLC,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

---

2021-1039, 2021-1040

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00545, IPR2019-00547.

---

## JUDGMENT

---

JASON E. STACH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Atlanta, GA, argued for appellant. Also represented by BENJAMIN AARON SAIDMAN; JAMES R. BARNEY, CONSTANTINE GREGORY GRAMENOPOULOS, Washington, DC.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellee. Also represented by JAMES RICHARD BATCHELDER, JAMES LAWRENCE DAVIS, JR., DANIEL W. RICHARDS, East Palo Alto, CA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>May 3, 2022</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner</td></tr>
<tr><td></td><td>Clerk of Court</td></tr>
</table>